# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE G. ALVAREZ-HERRERA<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:19-cv-00243-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS<br><br>(ECF No. 2) |

Plaintiff Nicole G. Alvarez-Herrera filed a complaint on February 20, 2019, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Plaintiff is hereby directed to paragraph 1 of the scheduling order to be issued in this action, which directs that the summons and complaint shall be served **within 20 days of the filing of the complaint.** Plaintiff shall promptly file proof of service with the Court upon completion of service.

Accordingly, IT IS HEREBY ORDERED THAT:

1.    Plaintiff's application to proceed in forma pauperis is GRANTED;

2.    The Clerk of Court is DIRECTED to issue a summons; and

/ / /

/ / /

1

1    3.    The United States Marshal is DIRECTED to serve a copy of the complaint,

2         summons, and this order upon the defendant if requested by the plaintiff.

3

4  IT IS SO ORDERED.

5  Dated:   **February 21, 2019**

_____
UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28