# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE G. ALVAREZ-HERRERA,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:19-cv-00243-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF<br><br>(ECF No. 12) |

On October 2, 2019, a stipulation was filed for an extension of time to file her opening brief. (ECF No. 12.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief on or before November 4, 2019;
2. Defendant shall file a response to Plaintiff's opening brief on or before December 4, 2019; and
3. Plaintiff's reply, if any, shall be filed on or before December 19, 2019.

IT IS SO ORDERED.

Dated: **October 3, 2019**

UNITED STATES MAGISTRATE JUDGE

1