# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE G. ALVAREZ-HERRERA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:19-cv-00243-SAB<br><br>ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 17) |

On October 3, 2019, pursuant to the stipulation of the parties, the Court extended the time for Plaintiff to file an opening brief in this matter until November 4, 2019, and set the deadline for Defendant to file a responsive brief for December 4, 2019. (ECF No. 13.) On November 4, 2019, Plaintiff filed her opening brief. (ECF No. 14.) After Defendant's deadline had passed for filing the responsive brief, on December 6, 2019, a stipulation was filed for an extension of time for Defendant to file a responsive brief. (ECF No. 15.) On December 6, 2019, the Court denied the stipulated request without prejudice because it was filed after the deadline for filing the responsive brief and did not explain the reason for the delay. (ECF No. 16.)

In response to the Court's order denying the request, Defendant filed a renewed stipulated request that: (1) extends an apology to the Court for the delay and states that defense counsel did not contact Plaintiff's counsel until the last minute and did not receive a response until the morning of December 6, 2019; (2) explains defense counsel was completing a Ninth Circuit responsive brief and two other district court briefs this week; and (3) acknowledges that defense

counsel should have been more diligent and reduces the requested extension form sixty (60) days to thirty-five (35) days "to minimize the delay and disruption to the Court's schedule." (ECF No. 17.) The Court accepts counsel's explanation for the delay and finds the proffered reduction in the extension of time from sixty (60) days to thirty-five (35) days to be a more appropriate extension given the circumstances.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall file a response to Plaintiff's opening brief on or before January 8, 2020; and

2. Plaintiff's reply, if any, shall be filed on or before January 23, 2020.

IT IS SO ORDERED.

Dated: **December 6, 2019**

UNITED STATES MAGISTRATE JUDGE