# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE G. ALVAREZ-HERRERA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:19-cv-00243-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES<br><br>(ECF No. 23) |

Nicole G. Alvarez-Herrera ("Plaintiff") filed the complaint in this action on February 20, 2019. (ECF No. 1.) On January 31, 2020, the Court granted Plaintiff's social security appeal and remanded the action for further proceedings. (ECF No. 21.) On March 24, 2020, the parties filed a stipulation for the award of attorney fees in the amount of $5,613.59 pursuant to the Equal Access to Justice Act ("EAJA"), without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA. (ECF No. 23.)

Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, Plaintiff is awarded attorney fees pursuant to the EAJA in the amount of $5,613.59.

IT IS SO ORDERED.

Dated: __**March 24, 2020**__

UNITED STATES MAGISTRATE JUDGE

1